AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 04-CV-284

Sanders Lamont Adams a/k/a Lamont Adams

v.

M.P. McGinnis, Superintendent of Southport Correctional Facility, et al

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff'S motion for reconsideration is denied and this case is dismissed.  Further, leave to appeal as a poor person is denied.

Date: 9/23/05                                                RODNEY C. EARLY, CLERK

                                                By:    s/Deborah M. Zeeb
                                                           Deputy Clerk